IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARK LEMKE,

                                     Plaintiff,

      v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                                     Defendant.

ORDER

14-cv-250-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The parties have moved jointly for judgment reversing the Commissioner's decision in this case under sentence four of 42 U.S.C. § 405(g) and remanding the case to the Commissioner. The motion will be granted.

      On remand, an administrative law judge will consider all pertinent issues de novo. The administrative law judge will offer plaintiff an opportunity for a new hearing to allow him (1) to offer new argument; (2) further develop the record to determine if he has a severe mental impairment; (3) further evaluate plaintiff's subjective complaints, with specific consideration to his explanation for the lack of medical treatment; and (4) if transferability of skill remains pertinent to the claim, reconsider that issue, and, if warranted, obtain supplemental vocational expert testimony.

ORDER

IT IS ORDERED that the Commissioner's decision in this case is REVERSED. The case is REMANDED to the Commissioner.

Entered this 17th day of December, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge