IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

MARK A. LEMKE,

       Plaintiff,   JUDGMENT IN A CIVIL CASE

v.   Case No.  14-cv-00250-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

       Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Mark A. Lemke attorney fees in the amount of $4,050. The award of attorney fees will satisfy all of plaintiff's claims for fees, costs, and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412.


| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | February 4, 2015 |
| Peter Oppeneer, Clerk of Court | Date |