IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARK LEMKE,

                                                 ORDER

                Plaintiff,

                                                14-cv-250-bbc

     v.

CAROLYN W. COLVIN,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Mark Lemke's counsel, Barry Schultz, has moved for authorization of attorney fees under 42 U.S.C. § 406(b), for the representation of plaintiff he provided in this court. The motion is unopposed and will be granted.

      According to counsel, plaintiff has been awarded $118,798.00 for social security disability back pay by defendant Carolyn W. Colvin, Acting Commissioner of Social Security. According to plaintiff's fee agreement with counsel, counsel is entitled to 25% of that award or $29,699.50. Counsel has previously been paid $6,000; he is due $23,699.50, however counsel is requesting $17,360. Defendant does not oppose the payments or the amounts.

ORDER

      IT IS ORDERED that defendant Carolyn W. Colvin is directed to distribute

$17,360.00 to plaintiff's counsel, Barry Schultz, for attorney fees and costs.

Entered this 7th day of February, 2017.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge